IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00340-PAC-MJW

YOUNG ELECTRIC SIGN COMPANY,

     Plaintiff(s),

v.

DANIEL DEARING, and
DEBRA DEARING,

     Defendant(s).

_____

### ORDER OF DISMISSAL AND VACATING TRIAL DATE
_____

This matter is before the Court on the parties Stipulation of Dismissal with Prejudice [filed November 28, 2005; Doc. No. 22] and the Court having considered said motion, it is hereby

**ORDERED** this matter shall be dismissed.  Each party is to bear its own costs and fees.

IT IS FURTHER **ORDERED** that the Scheduling Order including the Final Pretrial Conference set for March 31, 2006, the Trial Prep Conference set for April 21, 2006, and the Jury Trial set for May 15 - 17, 2006 are **vacated**.

Dated:  November 30, 2005.

BY THE COURT:

s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge